# NO. 12-09-00428-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SIMMONS THEODORE YLIYAH NA'BI,*<br>*APPELLANT* | § | *APPEAL FROM THE 87TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *SANDRA TITLOW,*<br>*APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On December 10, 2009, Simmons Theodore Yliyah Na'bi filed a notice of appeal seeking to appeal "the trial court's final judgment entered on an unknown date." On the same date, this court notified Na'bi that the information received in this appeal does not contain a final judgment or other appealable order. Na'bi was further informed that the appeal would be dismissed if the information received in the appeal was not amended on or before January 11, 2010 to show the jurisdiction of this court. The deadline for amendment has passed, and Na'bi has neither responded to the December 10, 2009 notice or otherwise shown the jurisdiction of this court. Accordingly, the appeal is ***dismissed for want of jurisdiction***. *See* TEX. R. APP. P. 37.1, 42.3.

Opinion delivered January 13, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)